Ronald D. Roach (AZ Bar No. 022662)
**RDR LAW, PLC**
2550 W. Union Hills Dr., Suite 350
Phoenix, Arizona 85027
Tel: 480.828.0042
ron.roach@rdrlawplc.com

Anthony J. Davis (NJ Bar No. 033811992)
**OGC SOLUTIONS, LLP**
1 Gatehall Drive, Suite 100
Parsippany, NJ 07054
Tel: 201.712.1616
adavis@ogcsolutions.com
(pro hac vice application to be filed)

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Scoop Soldiers Service Company, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Top Paw Distributing LLC, an Arizona limited liability company; Top Paw, LLC, an Arizona limited liability company; and Carl Gregory, an individual,<br><br>Defendants. | CASE NO.: 2:24-cv-02752-JZB<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby jointly provide notice that they have agreed to the terms of a settlement in this case. Within sixty (60) days, the parties will file a stipulation and proposed order to dismiss all claims and counterclaims with prejudice, with each party to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

Dated: December 20, 2024

**RDR LAW, PLC**

By /s/ Ronald Roach
RONALD D. ROACH

2550 W. Union Hills Dr., Suite 350
Phoenix, Arizona 85027
Tel: 480.828.0042
ron.roach@rdrlawplc.com

**OGC SOLUTIONS, LLP**

By /s/ Anthony J. Davis
ANTHONY J. DAVIS

1 Gatehall Drive, Suite 100
Parsippany, NJ 07054
Tel: 201.712.1616
adavis@ogcsolutions.com

*Attorneys for Plaintiff*

**JABURG WILK**

By /s/ Maria Crimi Speth
MARIA CRIMI SPETH

1850 N. Central Ave., Ste. 1200
Phoenix, Arizona 85004
Tel: 602.248.1089
mcs@jaburgwilk.com

*Attorneys for Defendants*